**LAW OFFICES OF ALAN R. ACKERMAN**
Alan R. Ackerman (AA9730)
1719 Route 10 East, Suite 106
Parsippany, New Jersey 07054
(973) 898-1177
araesq@alanackermanlaw.com

**FULLER, FULLER & ASSOCIATES, P.A.**
John P. Fuller (appearing *pro hac vice*)
12000 Biscayne Boulevard, Suite 502
North Miami, Florida 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,<br><br>Plaintiffs,<br><br>vs.<br><br>H.G. CLARKE, L.L.C., a New Jersey Limited Liability Company,<br><br>Defendant/Third-Party Plaintiff,<br><br>vs.<br><br>NA NA LIN, QING FENG BUFFET OF LIN INC, GULJAR SINGH, BIG BLUES SUB SHOP, JOHN DOE 1-10, and ABC CORP. 1-10,<br><br>Third-Party Defendants. | Civil Action No. 2:17-cv-06221-ES-JAD<br><br>**STIPULATION OF DISMISSAL<br>AND<br>CONSENT ORDER**<br><br>*Document Filed Electronically* |

**IT IS HEREBY STIPULATED AND AGREED** that, in accordance with Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), plaintiffs, The Independence Project, Inc. and Ronald Moore,

{00754998.1}              11

hereby dismiss with prejudice the above-captioned action against defendant, H.G. Clarke, L.L.C.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, in accordance with Federal Rule of Civil Procedure 41(c)(1), third-party plaintiff, H.G. Clarke, L.L.C., hereby dismisses without prejudice the above-captioned action against third-party defendants, Na Na Lin, Qing Feng Buffet of Lin Inc, Guljar Singh, and Big Blues Sub Shop.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that, in accordance with Federal Rule of Civil Procedure 41(a)(2), this Court will retain ancillary jurisdiction to enforce the terms of the Settlement Agreement and General Release entered into among The Independence Project, Inc., Ronald Moore, and H.G. Clarke, L.L.C. Such ancillary jurisdiction will run until December 31, 2020.

| | |
|---|---|
| LAW OFFICES OF ALAN R. ACKERMAN<br>Attorneys for plaintiffs | POST, POLAK, GOODSELL & STRAUCHLER, P.A.<br>Attorneys for defendant |
| By: _____<br>Alan R. Ackerman | By: /s/ Frederick B. Polak<br>Frederick B. Polak |
| Date: 4-9-2018 | Date: 4-9-2018 |

IT IS SO ORDERED:

_____              Date: _____
Hon. Esther Salas, U.S.D.J.